UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SERGIO TORRES,<br><br>        Plaintiff,<br><br>    v.<br><br>TAQUERIA EL TACO NACO, et al.,<br><br>        Defendants. | Case No. 2:24-cv-01989-DAD-CSK (PS)<br><br>ORDER GRANTING DEFENDANT GARCIA'S SECOND MOTION FOR AN EXTENSION OF TIME<br><br>(ECF No. 12) |

        Defendant Jorge Garcia proceeds in this action in pro per.[1] Pending before the Court is Defendant Garcia's second motion for an extension of time to obtain legal counsel. (ECF No. 12.) Defendant Garcia seeks additional time to retain legal counsel to represent himself and Defendant Taqueria El Taco Naco. *Id.* Defendant Garcia states he has been "searching vigorously to find an attorney to represent us" but that it has been difficult and expensive to retain an attorney. *Id*.

        On September 12, 2024, Defendant Garcia filed his first motion for an extension of time to obtain legal counsel. (ECF No. 7.) On October 24, 2024, the Court denied Defendant Garcia's first motion as premature because there were currently no case deadlines set in this action. (ECF No. 10.) However, the Court provided Defendant

---

[1] This action has been assigned to the undersigned pursuant to 28 U.S.C. § 636, Fed. R. Civ. P. 72, and Local Rule 302(c)(21). (ECF No. 8.)

1

Taqueria El Taco Naco thirty (30) days of the service of the Court's October 24, 2024 order to file a response to the complaint. (ECF No. 10.) Defendant Taqueria El Taco Naco has not filed a response to the complaint.

Because the Court finds good cause to grant Defendant Garcia's motion, the Court will provide Defendant Garcia sixty (60) days to retain legal representation. Consequently, Defendant Garcia will have received a total of 155 days (from 9/12/2024 to 2/14/25) to obtain legal counsel.

Defendant Taqueria El Taco Naco will also be ordered to file a response to the complaint within sixty (60) days from the date of this order.

Defendant Taqueria El Taco Naco and Defendant Garcia are warned that further extensions will likely not be granted absent good cause.

## ORDER

In conclusion, the Court **ORDERS**:

1. Defendant Garcia's second motion for an extension of time (ECF No. 12) is GRANTED. Defendant Garcia has 60 days of the service of this order to obtain legal representation; and
2. Defendant Taqueria El Taco Naco is ordered to file a response to the complaint within 60 days from the date of this order.

Dated:  December 17, 2024

CHI SOO KIM
UNITED STATES MAGISTRATE JUDGE

4, torr1989.24