1

2

3

4

5

6

7

8                             UNITED STATES DISTRICT COURT

9                     FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11      SERGIO TORRES,                              Case No. 2:24-cv-01989-DAD-CSK

12              Plaintiff,

13          v.                                       ORDER TO SHOW CAUSE

14      TAQUERIA EL TACO NACO, et al.,

15              Defendants.

16

17          On December 17, 2024, the Court granted Defendant Jorge Garcia's second

motion for an extension of time to obtain legal counsel to represent himself and
18
Defendant Taqueria El Taco Naco.[1] (ECF No. 13.) Defendant Garcia was granted 60
19
days from the service of the order to obtain legal representation for himself and
20
Defendant Taqueria El Taco Naco. (*Id.*) Defendant Taqueria El Taco Naco was also
21
ordered to file a response to the Complaint within 60 days from the date of the Court's
22
order. (*Id.*) To date, Defendant Taqueria El Taco Naco has failed to file a response to the
23
Complaint as required by the Court's December 17, 2024 Order. *See* Docket. Defendant
24
Taqueria El Taco Naco has also failed to retain counsel, despite being instructed of the
25
requirement and being granted multiple extensions to do so. *See* Docket. Defendant
26

27

        ---
28      [1]  This matter proceeds before the undersigned pursuant to 28 U.S.C. § 636, Fed. R.
        Civ. P. 72, and Local Rule 302(c).

                                            1

1   Garcia, as an individual, is permitted to proceed pro se and has not yet obtained

2   counsel. *See* Docket.

3        Defendant Taqueria El Taco Naco is an entity, and as such, must be represented

4   by an attorney and may not appear in this action without counsel. *See* E.D. Cal. Local

5   Rule 183(a) ("A corporation or other entity may appear only by an attorney.*"); Caveman*

6   *Foods, LLC v. jAnn Payne's Caveman Foods*, LLC, 2015 WL 6736801, at *2 (E.D. Cal.

7   Nov. 4, 2015) ("While individuals may appear in propria persona, corporations and other

8   entities may appear only through an attorney; an unrepresented entity cannot file any

9   pleadings, make or oppose any motions, or present any evidence to contest liability.").

10  Defendant Taqueria El Taco Naco is ordered to show cause within thirty (30) days from

11  the date of this order why default should not be entered against it for failure to respond

12  to the Complaint and failure to appear in this action. As an entity, Defendant Taqueria El

13  Taco Naco must be represented by counsel to participate in this action.

14        Accordingly, within thirty (30) days from the date of this order, Defendant Taqueria

15  El Taco Naco shall show cause in writing why default should not be entered against it for

16  its failure to respond to the Complaint and failure to appear in this action. After

17  Defendant Taqueria El Taco Naco retains counsel, its counsel shall immediately file a

18  notice of appearance and a written response to this order to show cause, no later than

19  within thirty (30) days of this order.

20

21  Dated:  May 27, 2025

22                                    _____
                                      CHI SOO KIM
23                                    UNITED STATES MAGISTRATE JUDGE

24  4, torre1989.24

25

26

27

28

2