UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SERGIO TORRES, | Case No. 2:24-cv-01989-DAD-CSK |
| Plaintiff, | ORDER FOR JOINT SCHEDULING REPORT |
| v. | |
| TAQUERIA EL TACO NACO, et al, | |
| Defendants. | |

This action has been assigned to Magistrate Judge Chi Soo Kim because Defendant Jorge Garcia proceeds without the assistance of counsel. E.D. Cal. Local Rule 302(c)(21). Defendant Taqueria El Taco Naco has not made an appearance in this action. *See* Docket. Defendant Garcia has answered Plaintiff Segio Torres' Complaint. (ECF No. 6.) There are no other defendants named in the Complaint. (*See* ECF No. 1.) Thus, this case is ripe for scheduling.

Pursuant to Federal Rule of Civil Procedure 16 and Local Rule 240, IT IS HEREBY ORDERED:

1. Within 14 days of this order, the parties shall confer regarding the filing of a Joint Status Report addressing the relevant portions of Local Rule 240(a) to facilitate the entry of a pretrial scheduling order. In addition to the requirements of Local Rule 240(a), the parties shall also address the following in their Joint Status

1

Report:

    a) The parties' estimated length of trial, and whether the case will be tried to a jury or to the bench;

    b) In the proposed schedule presented pursuant to Local Rule 240(a)(11), include proposed dates for the filing of a Joint Mid-Discovery Statement, which should occur at a mid-point during the fact discovery time period; and the final pretrial conference, which should occur at least four weeks before the proposed trial date. The parties' proposed trial date should occur approximately three months after the dispositive motion hearing deadline; and

    c) In the proposed schedule for expert disclosures presented pursuant to Local Rule 240(a)(11), include proposed dates for initial expert disclosures and rebuttal expert disclosures.

2. An initial pretrial scheduling conference shall be held on Tuesday, February 24, 2026 at 10:00 a.m. in Courtroom 25.

3. The parties are reminded of the Local Rule 240(b) requirement to submit a proposed discovery plan within fourteen (14) days of the parties' discovery conference. Defendant Garcia and Defendant Taqueria El Taco Naco, through counsel, must meet and confer with Plaintiff to conduct the Rule 26(f) conference. If a Joint Status Report cannot be submitted, each party must submit a Plaintiff's only or Defendant's only status report. Defendant Garcia is warned that pro se parties are bound by the Federal Rules of Civil Procedure, the Court's Local Rules, and all other applicable law and that "[f]ailure to comply may be ground for dismissal, judgment by default, or any other sanction appropriate under these Rules." *See* E.D. Local Rule 183(a).

4. The parties are directed to Judge Kim's Civil Standing Orders, which are located on the Court's website at www.caed.uscourts.gov (select "Judges," then select Magistrate Judge Chi Soo Kim). The parties should take note of the page limits for

civil motions and discovery joint statements. The parties are responsible for knowing and complying with the Court's standing orders.

5.  The parties are further reminded of their continuing duty to notify the Court immediately of any settlement or other disposition. *See* Local Rule 160.

Dated:  January 13, 2026

_____
CHI SOO KIM
UNITED STATES MAGISTRATE JUDGE

4, torre1989.24

3