# UNITED STATES DISTRICT COURT

_____Eastern_____    District of    _____California_____

| | |
|---|---|
| Sergio Torres <br><br> Plaintiff (s), <br> V. <br><br> Taqueria El Taco Naco et al. <br><br> Defendant (s), | CONSENT ORDER GRANTING SUBSTITUTION OF ATTORNEY <br><br><br> CASE NUMBER:    2:24cv01989-DAD-CSK |

Notice is hereby given that, subject to approval by the court,    Sergio Torres    substitutes
(Party (s) Name)

Charlene Tsai (Secondary Attorney)    , State Bar No.    353230    as counsel of record in
(Name of New Attorney)

place of    Joshua Watson    .
(Name of Attorney (s) Withdrawing Appearance)

Contact information for new counsel is as follows:

Firm Name:    Clayeo C. Arnold, PC

Address:    865 Howe Ave

Telephone:    (916) 777-7777    Facsimile    (916) 924-1829

E-Mail (Optional):    ctsai@justice4you.com

I consent to the above substitution.

Date:    1/12/2026

_Sergio Torres_
(Signature of Party (s))

I consent to being substituted.

Date:    1/12/2026

_Joshua Watson_
(Signature of Former Attorney (s))

I consent to the above substitution.

Date:    1/12/2026

_Charlene Tsai_
(Signature of New Attorney)

The substitution of attorney is hereby approved and so ORDERED.

Date:    January 14, 2026

_Chri Soo Li_
Judge

4, torr1989.24

[Note: A separate consent order of substitution must be filed by each new attorney wishing to enter an appearance.]